Pg 18 of 22

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
JAN 22 2019
U.S. DISTRICT COURT
GREENVILLE, SC

Jerome Todd,                           ) C/A No. 6:19-cv-00019-MBS-KFM
Third-party beneficiary                )
                                       ) MOTION TO VOLUNTARILY
    Petitioner/Plaintiff,              )
                                       ) WITHDRAW FROM CIVIL
vs                                     )
                                       ) ACTION Number 6:19-cv-00019-MBS-KFM
United States of America               )
                                       )
    Defendants                         )

COMES NOW, the plaintiff moves this court to dismiss this action by voluntary withdraw — due to accommodating an intervening change in law — seeking that this court transfer to the federal court of claims.

Requesting that this motion to Voluntarily withdraw from civil action number 6:19-cv-00019-MBS-KFM be GRANTED.

/s/ Jerome Todd
Jerome Todd